422 P.2d 695

The INDUSTRIAL COMMISSION of Arizona, Appellant,

v.

FARM AND HOME FOOD SERVICE, INC., Appellee.

No. 8925.

Supreme Court of Arizona.

In Banc.

Jan. 26, 1967.

Arthur B. Parson, Jr., Dee-Dee Samet, Phoenix, for appellant.

**580**

Richmond, Ajamie & Fay, by Amil J. Ajamie, Phoenix, for appellee.

LOCKWOOD, Justice:

We have determined the Court of Appeals does have jurisdiction in this matter, for reasons set forth in our opinion just issued in Industrial Comm. v. Harbor Ins. Co., 101 Ariz. 578, 422 P.2d 694 (January 26, 1967).

Therefore the case is retransferred to the Court of Appeals, Division I for proper disposition.

BERNSTEIN, C. J., McFARLAND, V. C. J., and STRUCKMEYER and UDALL, JJ., concur.